*Order Entered February 6, 2003:*

PRICE V BLOOMFIELD TOWNSHIP, Docket No. 220285. This matter is again
before us pursuant to a remand order from the Supreme Court 467 Mich
917 (2002). As directed by that order we vacate the Worker's Compensa-
tion Appellate Commission's decision and remand the case to that body
for it to apply the legal principles outlined in our decision, *Price v Bloom-
field Twp*, 244 Mich App 410; 625 NW2d 790 (2001), and to make such
findings of fact necessary, if any, to a proper disposition. *Mudel v Great
Atlantic & Pacific Tea Co*, 462 Mich 691; 614 NW2d 607 (2000). We do not
retain jurisdiction.